Filing # 219679963 E-Filed 03/26/2025 03:47:51 PM

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR CHARLOTTE COUNTY, FLORIDA

GENE POTTER,

Plaintiff,

v. Case No.:

9:25
JK 65
3/31/2025

HOME DEPOT U.S.A., INC., d/b/a
THE HOME DEPOT

Defendant.
______________________________/

## SUMMONS

**THE STATE OF FLORIDA:**

To All and Singular the Sheriffs of said State:

**YOU ARE HEREBY COMMANDED** to serve this Summons, the Complaint, Interrogatories, on Defendant:

**HOME DEPOT U.S.A., INC., d/b/a THE HOME DEPOT**
**c/o CORPORATION SERVICE COMPANY**
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

Each Defendant is required to serve written defenses to the Compliant on, **Michael Baska, Esq., Plaintiff's attorney**, whose address is Farah & Farah, P.A., 5100 W. Kennedy Blvd., Suite 250, Tampa, and to file the original of the defenses with the clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a Default will be entered against the Defendant for the relief demanded in the Complaint.

Dated On March 26, 2025

Roger D. Eaton

As Clerk of the Court

By_______________
As Deputy Clerk

Attorney, Michael Baska, Esq.
Farah & Farah, P.A.
5100 W. Kennedy Blvd., Suite 250
Tampa, FL 33609
Florida Bar# 125273

**IMPORTANT**

A lawsuit has been filed against you. You have twenty (20) calendar days after the summons is served on you to file a written response to the attached complaint with the clerk of the court. A hone call will not protect you. Your written response, including he case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are no other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiffs Attorney" named below.

**Michael Baska, Esq.**
**Farah & Farah, P.A.**
**5100 W. Kennedy Blvd., Suite 250**
**Tampa FL 33609**

Se ha presentado una demanda en su contra. Tiene veinte (20) días calendario después de que se le entregue la citación para presentar una respuesta por escrito a la demanda adjunta ante el secretario de la corte. Una llamada afinada no te protegerá. Su respuesta por escrito, incluyendo el número de caso indicado anteriormente y los nombres de las partes, debe ser presentada si desea que la corte escuche su versión del caso. Si no presenta su respuesta a tiempo, puede perder el caso, y su salario, dinero y propiedad pueden ser confiscados sin más aviso de la corte. No hay otros requisitos legales. Es posible que desee llamar a un abogado de inmediato. Si no conoce a un abogado, puede llamar a un servicio de referencia de abogados o a una oficina de asistencia legal (que se indica en la guía telefónica).

Si decide presentar una respuesta por escrito usted mismo, al mismo tiempo que presenta su respuesta por escrito ante el tribunal, también debe enviar por correo o llevar una copia de su respuesta escrita al "Abogado del Demandante o Demandantes" que se menciona a continuación.

CORPROATION SERVICE COMPANY

Filing # 219679963 E-Filed 03/26/2025 03:47:51 PM

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR CHARLOTTE COUNTY, FLORIDA

GENE POTTER,

Plaintiff,

v. Case No.:

HOME DEPOT U.S.A., INC., d/b/a
THE HOME DEPOT

Defendant.
_______________________________/

**COMPLAINT**

COMES NOW, Plaintiff, GENE POTTER, by and through undersigned counsel, files this Complaint against Defendant, HOME DEPOT U.S.A., INC., d/b/a THE HOME DEPOT, and states as follows:

**JURISDICTION AND VENUE**

1. This is an action for damages in excess of $50,000.00.

2. At all times material, Plaintiff was a resident of Lee County, Florida.

3. At all times material, Defendant HOME DEPOT U.S.A., INC., d/b/a THE HOME DEPOT ("HOME DEPOT") was and is a Foreign Profit Corporation authorized to do and conducting business in the State of Florida and, more particularly, Charlotte County, Florida.

4. The incident giving rise to this action occurred in Charlotte County, Florida.

5. Jurisdiction is proper.

6. Venue is proper.

## GENERAL ALLEGATIONS

7. On or about November 15, 2023, Defendant, HOME DEPOT, was the owner of the Home Depot Store #0201 located at, 19690 Cochran Blvd., Port Charlotte, FL 33948 ("the Premises").

8. On or about November 15, 2023, Defendant, HOME DEPOT, was in possession of the Home Depot Store #0201 located at, 19690 Cochran Blvd., Port Charlotte, FL 33948 ("the Premises").

9. At all times material, Defendant, HOME DEPOT, operated a home improvement retail store at the Premises.

10. At all times material, Defendant, HOME DEPOT, identified said home improvement retail store at the Premises as store number 0201.

11. At all times material, Defendant, HOME DEPOT, held out said home improvement retail store at the Premises as open to the public.

12. On November 15, 2023, Plaintiff went to the Premises for the purpose of shopping as a customer and was a business invitee.

## COUNT I – NEGLIGENCE

13. Plaintiff realleges and incorporates paragraphs 1-12 as fully set forth herein.

14. Defendant, HOME DEPOT, being the owner and/or in possession of the Premises, owed Plaintiff, as a business invitee, the duties to reasonably maintain the Premises in a safe condition and to warn him of dangerous conditions for which it had actual and/or constructive knowledge.

15. Defendant, HOME DEPOT, breached their duty to Plaintiff and negligently maintained the Premises in such a way that it positioned and/or permitted a large, heavy, and

unsecured pallet jack of marble in the middle of an aisle that was not sectioned off which fell and struck Plaintiff causing serious bodily injury.

16. The large, heavy, and unsecured pallet jack of marble in the middle of an aisle on the Premises was a dangerous condition that was likely to fall and injure customers.

17. On or before November 15, 2023, Defendant, HOME DEPOT, negligently failed to warn Plaintiff of the dangerous condition.

18. The dangerous condition was known to Defendant, HOME DEPOT.

19. The dangerous condition was created by Defendant, HOME DEPOT.

20. The dangerous condition existed for a sufficient length of time such that Defendant, HOME DEPOT, should have known of its existence.

21. As a direct and proximate result of the aforesaid negligence, Plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, exacerbation of a previously existing condition, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, GENE POTTER, demands judgment for damages against Defendant, HOME DEPOT, and a trial by jury of all issues so triable.

Dated this 26th day of March 2025.

FARAH & FARAH, P.A.

*/s/ Michael Baska*
**Michael J. Baska, Esq.**
Florida Bar No.: 1018853
Farah & Farah, P.A.
5100 West Kennedy Blvd, Suite 250
Tampa FL 33609

(813) 666-1064
**Attorney for Plaintiff**
mbaska@farahandfarah.com